**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 24, 2003**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 03-50918
Summary Calendar

JOHN M RICKS

Plaintiff - Appellant

v

LARRY D HOLDER, MARVIN L NICKELS, FLOYD D WILLIAMS,
DONLEY W BROTHERS, MICHAEL A LANSING, STEVEN ANDRASCHKO
GRAND, Lieutenant Colonel, VIRGINIA DOLINSKI, NED ISTAS,
THERESA GRENIER, T RAUSCH, C DANIELS, JOHN AND JANE,
Persons presently unknown to Plaintiff who were members
of the February 19, 1997 Assignment Board, or who acted in
concert therewith, Sued in their individual capacities only

Defendants - Appellees

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-02-CV-307
--------------------

Before KING, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

John M. Ricks, a former military prisoner, challenges the

district court's dismissal as frivolous of his civil action

raised under Bivens v. Six Unknown Named Agents of Fed. Bureau of

Narcotics, 403 U.S. 388 (1971). He contends that the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

court wrongly concluded that his challenge to the extension of his prison stay by 59 days violated <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994) and that the court erred in its alternative ruling that the complaint was filed outside the two-year limitations period. He has not established that the district court abused its discretion in dismissing his suit as frivolous. <u>See</u> <u>Siglar v. Hightower</u>, 112 F.3d 191, 193 (5th Cir. 1997).

Ricks also contends that the district court improperly imposed against him a $150 filing fee pursuant to 28 U.S.C. § 1915(f), despite the fact that Ricks was no longer a prisoner. He has not established that the district court abused its discretion in imposing costs. <u>See</u> <u>Moore v. McDonald</u>, 30 F.3d 616, 621 (5th Cir. 1994). The judgment of the district court is AFFIRMED.